THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBY SMITH

            Plaintiff,            Case No. 06-13301

vs.

            HONORABLE DENISE PAGE HOOD
            HONORABLE STEVEN D. PEPE

ALLAN BOSSEL,

            Defendant.
_____/

## ORDER DENYING MOTION FOR WAIVER OF FILING FEES (DKT. #11)

On August 27, 2007, Plaintiff filed his Motion for Waiver of Filing Fees (Dkt. #11). All pretrial matters were referred to the undersigned on June 7, 2007. For the reasons indicated below, IT IS **ORDERED** THAT Plaintiff's Motion for Waiver of Filing Fees is **DENIED**.

The Court reviewed Plaintiff's Application to Proceed Without Prepayment Of Fees requesting a return of the $350.00 filing fee secured by Plaintiff to commence the instant case. Plaintiff provided no accompanying financial affidavit and certified account statement with his application to proceed without prepayment of fees. Plaintiff, a prisoner, must pay the full filing fee for this civil action pursuant to 28 U.S.C. § 1915(b)(1). The Court must assess and, if funds exist, collect an initial filing fee. *Id*. In light of the fact that Plaintiff paid the initial filing fee in whole upon commencement of the case, Plaintiff's application to proceed *in forma pauperis* is DENIED.

**SO ORDERED.**

Date: August 31, 2007                                   s/Steven D. Pepe
Ann Arbor, Michigan                                     United States Magistrate Judge


CERTIFICATE OF SERVICE

       I hereby certify that on August 31, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: not applicable, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Bobby Smith, #189410, Hiawatha Correctional Facility, 4533 W. Industrial Park Dr., Kincheloe, MI 49786

                                                s/ James P. Peltier
                                                James P. Peltier
                                                Courtroom Deputy Clerk
                                                U.S. District Court
                                                600 Church St.
                                                Flint, MI 48502
                                                810-341-7850
                                                pete_peliter@mied.uscourts.gov