THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBY SMITH

              Plaintiff,                            Case No. 06-13301

vs.

                                               HONORABLE DENISE PAGE HOOD
                                               HONORABLE STEVEN D. PEPE

ALLAN BOSSEL,

              Defendant.
_____/

## ORDER DISMISSING ORDER TO SHOW CAUSE

On July 23, 2007, this Court show caused Plaintiff as to why dismissal of this matter under Rule 4(m), Federal Rules of Civil Procedure should not be entered for the Plaintiff's failure to effectuate service of the summons and complaint in this matter (Dkt # 9). Plaintiff responded on August 7, 2007, that he simply did not know that the onus was upon him to effectuate service. Because he is now aware that he must serve the Defendant with the summons and complaint and promised the court that he would do so, the order to show cause is set aside. .

**SO ORDERED.**

Date: August 31, 2007                                                      s/Steven D. Pepe
Ann Arbor, Michigan                                             United States Magistrate Judge

1

CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: not applicable, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Bobby Smith, #189410, Hiawatha Correctional Facility, 4533 W. Industrial Park Dr., Kincheloe, MI 49786

                                                s/ James P. Peltier
                                                James P. Peltier
                                                Courtroom Deputy Clerk
                                                U.S. District Court
                                                600 Church St.
                                                Flint, MI 48502
                                                810-341-7850
                                                pete_peliter@mied.uscourts.gov